996 A.2d 479

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Justin David HOLMES, Respondent.**

Supreme Court of Pennsylvania.

June 4, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 4th day of June 2010, the Petition for Allowance of Appeal is **GRANTED.** The issue, as rephrased, is:

Whether the claims of ineffective assistance of counsel which are the exclusive subject of this *nunc pro tunc* direct appeal: (1) are reviewable on direct appeal under *Commonwealth v. Bomar*, 573 Pa. 426, 826 A.2d 831 (2003); (2) should instead be deferred to collateral review under the general rule in *Commonwealth v. Grant*, 572 Pa. 48, 813 A.2d 726 (2002) that defendants should wait until the collateral review phase to raise claims of ineffective assistance of counsel; or (3) should instead be deemed reviewable on

direct appeal only if accompanied by a specific waiver of the right to pursue a first PCRA petition as of right. *See Commonwealth v. Wright,* 599 Pa. 270, 961 A.2d 119, 148 n. 22 (2008) ("Prolix collateral claims should not be reviewed on post-verdict motions unless the defendant waives his right to PCRA review. . . ."); *see also Commonwealth v. Liston,* 602 Pa. 10, 977 A.2d 1089, 1095–1101 (2009) (Castille, C.J., concurring, joined by Saylor, J., & Eakin, J.).